Brougher, Appellant, *v.* Schenck et al.

Argued May 26, 1972. Before JONES, C. J., EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

*William H. Neff, Jr.,* with him *D. Reed Anderson,* and *Stock and Leader,* for appellant.

*Eugene R. Campbell* and *G. Franklin Rothwell,* with them *Daniel K. Medill, Paul C. McCleary, Jr., Fluhrer, Medill & Shelley, Smith & McCleary,* and *Sughrue, Rothwell, Mion, Zinn & Macpeak,* for appellees.

OPINION PER CURIAM, July 2, 1973:
Decree affirmed. Costs on the appellant.
Mr. Justice ROBERTS took no part in the consideration or decision of this case.